UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| EDWARD BILL KNIGHT, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:16-CV-205 |
| JASON NORRIS, d/b/a 81 Auto Sales, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated March 9, 2017. In that Report and Recommendation, the Magistrate Judge recommends that the Plaintiff's Motion for Default Judgment, [Doc. 9], and Plaintiff's Motion for Award of Costs and Attorney Fees, [Doc. 12], be GRANTED. No objections have been filed to the Report and Recommendation.

After careful consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that this Report and Recommendation is ADOPTED and APPROVED, [Doc. 20]. Accordingly, it is hereby ORDERED that the Motion for Default Judgment, [Doc. 9], and Plaintiff's Motion for Award of Costs and Attorney Fees, [Doc. 12], are GRANTED. Default judgment in the amount of $10,000.00 will be entered in Plaintiff's favor and the Plaintiff will be awarded $4,950.00 in attorney's fees and $415.00 in costs. Accordingly, the Court AWARDS a total amount of $ 15,365.00 to the Plaintiff.

E N T E R:

                                                                   s/J. RONNIE GREER  
                                                    UNITED STATES DISTRICT JUDGE